# ROBERT MARINELLI
ATTORNEYS AT LAW
299 BROADWAY, SUITE 1501
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

June 30, 2015

**Via ECF**
The Honorable Vernon S. Broderick
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  <u>Martinez, et al., v. City of New York, et al.</u>, 13 CV 4342 (VSB)

Your Honor:

      I represent plaintiff S.B. in the above-referenced civil rights action.

      This matter was filed on June 21, 2013 and settled on July 31, 2014. At the time of the filing and settlement plaintiff was a minor. Accordingly, a motion for an Infant Compromise Hearing was filed shortly after settlement. This hearing has not yet been held.

      On August 12, 2014 Your Honor issued an order dismissing this matter.

      On June 11, 2015 plaintiff S.B. turned eighteen years old. In light of this, I write to respectfully request that Your Honor restore this matter to the calendar, allow plaintiff's attorney to file an amended complaint (in her own name), and allow the parties to execute a new settlement stipulation. Plaintiff would sign this stipulation on her own behalf. Defense counsel consents to this request.

      I thank the Court for its consideration of this application.

                                                      Respectfully,

                                                      /ss/

                                                      Robert Marinelli

Cc: Sumit Sud, Esq., counsel for defendants